# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LONNIE J. KAHOE, SR.,

VERSUS

STEVE HAMPTON LEA, ET AL.

CIVIL ACTION

22-1057-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson. dated March 14, 2025, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines the exercise of supplemental jurisdiction over Plaintiff Lonnie J. Kahoe, Sr.'s potential state law claims, and Kahoe's federal claims are DISMISSED, WITH PREJUDICE, for failure to state a claim under 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this _30_ day of April, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 4.